IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JUN 19 2019
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| CONCRETE LOG SYSTEMS, INC., d/b/a/ EVERLOG SYSTEMS,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>BETTER THAN LOGS, INC.,<br><br>　　　　Defendant/Counterclaimant. | CV 18–34–M–DWM<br><br>ORDER |

On June 11, 2019, the Clerk of Court entered default against Defendant Better Than Logs, Inc. (Doc. 28.) Plaintiff Concrete Log Systems, Inc. d/b/a Everlog Systems ("Everlog") has applied for a default judgment. (Doc. 29.) In support of its application, Everlog seeks leave to file under seal confidential discovery documents it previously received from Better Than Logs. (Doc. 32.)

IT IS ORDERED that Everlog's Motion for Leave to File Documents Under Seal (Doc. 32) is GRANTED. The Confidential Supplement and exhibits filed under seal (Doc. 33) will be considered with Everlog's application for default judgment.

DATED this 19th day of June, 2019.

Donald W. Molloy, District Judge
United States District Court