IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



CONCRETE LOG SYSTEMS, INC., d/b/a/ EVERLOG SYSTEMS,

Plaintiff,

vs.

BETTER THAN LOGS, INC.,

Defendant.

CV 18–34–M–DWM

PERMANENT INJUNCTION

ATTENTION Better Than Logs, Inc.,

You are hereby ENJOINED from making, using, advertising, or selling products that infringe U.S. Patent No. 9,695,598, commonly referred to as the "'598 patent."

Plaintiff is directed to have this Permanent Injunction personally served on Better Than Logs, Inc. by a process server.

DATE: July 10, 2019

TIME: 14:54

Donald W. Molloy, District Judge
United States District Court