IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CONCRETE LOG SYSTEMS, INC., d/b/a EVERLOG SYSTEMS,<br><br>    Plaintiff,<br><br>vs.<br><br>BETTER THAN LOGS, INC.,<br><br>    Defendant. | CV 18-34-M-DWM<br><br>JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED, pursuant to the Court's Order filed as Doc. 41 in the above entitled case, that judgment is entered in favor of Plaintiff Concrete Log Systems, Inc., d/b/a Everlog Systems and against Better Than Logs, Inc. in the amount of $978,909.00, plus costs as allowed by 15 U.S.C. § 1117(a).

  Dated this 10th day of July, 2019.

          TYLER P. GILMAN, CLERK

          By: /s/ Nicole Stephens
          Nicole Stephens, Deputy Clerk